# MEMO ENDORSED

JOSEPH M. HEPPT
ATTORNEY AT LAW
260 MADISON AVENUE
21ST FLOOR
NEW YORK, NEW YORK 10016

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08

TELEPHONE: (212) 973-0839
FACSIMILE: (212) 973-0891
CELL PHONE: (917) 364-6947

EMAIL: JMHEPPT@HEPPTLAW.COM
WEBSITE: HEPPTLAW.COM

August 26, 2008

**VIA FACSIMILE**
*(212) 805-7949*

Hon. P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2260
New York, NY 10007

      Re: *Achache v. Vantage Associates and Vantage Plane Plastics*
           Case No. 08 CV 5813 (PKC)

Dear Judge Castel:

I represent the plaintiff in the above action. I write to request that the initial pretrial conference, which is scheduled for September 5, 2008 at 3:00 p.m., be adjourned until October 3, 2008 at 2:15 p.m. My reason for requesting the adjournment is that, while the papers are presently out for service, the defendants have not yet been served.

I thank you in advance for your consideration of this matter.

Very truly yours,

Joseph M. Heppt

JMH/wrk

*Conference adjourned from September 5 to October 3, 2008 at 2:15 p.m.*
*SO ORDERED*
*P. Castel, USDJ*
*8-26-08*