UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

JIM ACHACHE )
                  Plaintiff ) 08 CV 5813
    -vs- ) AFFIDAVIT OF AUTHORIZED SERVICE
                   )
VANTAGE ASSOCIATES and ) Summons, Complaint, Jury Trial Demand and
VANTAGE PLANE PLASTICS ) Exhibit A
              Defendant )

Received by 1-800-SERVE-EM on August 21, 2008 at 1:25 PM to be served on Vantage Plane Plastics, 129 E. Flynn Street Alva, OK 73717.

I, Deputy Steven M. Ward, who being duly sworn, depose and say that on August 25, 2008 at 3:40 PM, I:

Served Vantage Plane Plastics by delivering a true copy of the Summons, Complaint, Jury Trial Demand and Exhibit A with the date and hour of service endorsed thereon by me, to Dale Logston, authorized to accept service at 3161 College Blvd Alva, OK 73717.

**Sex:** Male      **Glasses:** Yes      **Weight:** 160 lbs
**Height:** 5' 10"      **Skin Color:** Caucasian      **Military Enrollment:** No

I am over the age of 18, have no interest in the above action, and am authorized to serve process in the county in which the process was served.

Deputy Steven M. Ward
1-800-SERVE-EM
800.737.8336
Job Serial Number: 2008326343
Reference: 89-002

State of:
County of:
Subscribed and sworn to before me,

NOTARY PUBLIC
Exp 5-05-2010
# 02019572